IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY NEYLON,<br><br>          Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY CO.,<br><br>          Defendant. | 4:17CV3153<br><br>ORDER |

Today, a telephone conference was held regarding a discovery dispute. Following consideration,

**IT IS ORDERED:**

1. As to Plaintiff's Railroad Retirement Board and Aetna records, Plaintiff shall produce all applications, documents indicating when benefits began and when benefits terminated, conditions/restrictions on benefits and, if Plaintiff had to recertify, any applications and supporting documents necessary to recertify.

2. Plaintiff shall produce all documents showing his income, short of supplying his tax returns.

3. Defendant is entitled to Plaintiff's physical and psychological medical records. These documents shall be designated as attorneys-eyes-only. Defendant's in-house counsel may review these documents. Defendant shall produce a copy of all medical records it obtains to Plaintiff.

4. Plaintiff shall produce his educational records, limited to those reflecting the classes he has taken and grades, including, but not necessarily limited to, school transcripts and degrees.

Dated this 30th day of March, 2018.

                                                              BY THE COURT:

                                                              s/ Susan M. Bazis
                                                              United States Magistrate Judge