# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2905
_____

Jeffrey Neylon

Plaintiff - Appellant

v.

BNSF Railway Company

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:17-cv-03153-RGK)
_____

**JUDGMENT**

Before COLLOTON, BENTON, Circuit Judges and WILLIAMS, District Judge.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 31, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans